

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2021

January 25, 2021

**VIA ECF**
Hon. Judge Analisa Torres
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Sanchez v. Grip6 LLC; *Civil Action No. 1:20-cv-10106-AT*

Dear Judge Torres,

The undersigned represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for February 1, 2021 at 10:20 a.m. It is now January 25, 2021, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

GRANTED.  The initial pretrial conference scheduled for February 1, 2021, is ADJOURNED to **March 1, 2021**, at **11:20 a.m.**  By **February 22, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 26, 2021
        New York, New York

_____
**ANALISA TORRES**
**United States District Judge**