

LEWIS BRISBOIS BISGAARD & SMITH LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2021
```

March 10, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Sanchez v. Grip6 LLC*
              Case No. 20-cv-10106-AT

Dear Judge Torres:

      I represent the defendant in this matter. I write with the consent of plaintiff's counsel to request that the time for defendant to move, answer, or otherwise respond to the Complaint be extended from March 11, 2021 up to and including April 12, 2021. The basis for this request is the parties are actively engaged in settlement discussions. This is defendant's second request for an extension of time to respond to the Complaint. Your Honor granted Defendant's first request for an extension of time to respond to the Complaint on February 9, 2021 [DE13]. This extension would not affect any other scheduled dates.

      Thank you for your attention to this matter.

                    Respectfully,

                    *Peter T. Shapiro*

                    Peter T. Shapiro of
                    LEWIS BRISBOIS BISGAARD &
                    SMITH LLP

GRANTED.  By **April 12, 2021**, Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: March 11, 2021
      New York, New York

                    ANALISA TORRES
                  United States District Judge